D/WI Prob 22
(Rev 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Trans. Court) |
|---|
| 0757 2:22CR00203 - 1 |

| DOCKET NUMBER (Rec. Court) |
|---|
| CR 25-00218-NW |

**FILED**
Jul 28 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Lacie Pura | Eastern District of Wisconsin | Milwaukee |

| ADDRESS | From: 2023-01-09 To: 2023-05-05 |
|---|---|

| NAME OF SENTENCING JUDGE |
|---|
| J.P. Stadtmueller |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | 8/18/2022 | 2/17/2027 |

**OFFENSE**

Importation of Methamphetamine; Aiding and Abetting

**JUSTIFICATION/REASON FOR TRANSFER** (eg., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Pura has personal and employment ties in the Northern District of California. She has been residing in the Northern District of California with her girlfriend since approximately January 2025 and has been provided courtesy supervision by the Northern District of California since that time. She has no intention to return to the Eastern District of Wisconsin. The Northern District of California probation office has agreed to accept jurisdiction of her case due to her strong prosocial ties in their area.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 17, 2025
Date

_J.P. Stadtmueller_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July, 28, 2025
Effective Date

United States District Judge

Page 1 of 1